# EXHIBIT A

# CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 25STCV15685
RICARDO SALAS VS APPLE, INC.

**Filing Courthouse:** Spring Street Courthouse

**Filing Date:** 05/29/2025
**Case Type:** Fraud (no contract) (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

09/05/2025 at 10:00 AM in Department 9 at 312 North Spring Street, Los Angeles, CA 90012
Initial Status Conference

# PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

APPLE INC. - Defendant

CAHOY KATHRYN E. - Attorney for Defendant

HENN EMILY JOHNSON - Attorney for Defendant

MALKHASYAN VALTER - Attorney for Plaintiff

RODGERS MEGAN L. - Attorney for Defendant

SALAS RICARDO - Plaintiff

# DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**

**06/11/2025** Proof of Service (not Summons and Complaint)
Filed by Apple, Inc. (Defendant)

**06/11/2025** Notice of Appearance (of Counsel)
Filed by Apple, Inc. (Defendant)

**06/11/2025** Proof of Service (not Summons and Complaint)
Filed by Apple, Inc. (Defendant)

**06/11/2025** Notice of Appearance (of Counsel)

Filed by Apple, Inc. (Defendant)

**06/11/2025** Proof of Service (not Summons and Complaint)

Filed by Apple, Inc. (Defendant)

**06/11/2025** Notice of Appearance (of Counsel)

Filed by Apple, Inc. (Defendant)

**06/10/2025** Proof of Service of Summons

Filed by Ricardo Salas (Plaintiff)

**06/05/2025** Initial Status Conference Order

Filed by Clerk

**06/05/2025** Clerk's Certificate of Service by Electronic Notification

Filed by Clerk

**06/05/2025** Minute Order ( (Court Order))

Filed by Clerk

**05/30/2025** Summons (on Complaint)

Filed by Ricardo Salas (Plaintiff)

**05/29/2025** Notice of Case Assignment - Unlimited Civil Case

Filed by Clerk

**05/29/2025** Alternative Dispute Resolution Packet

Filed by Clerk

**05/29/2025** Civil Case Cover Sheet

Filed by Ricardo Salas (Plaintiff)

**05/29/2025** Class Action Complaint

Filed by Ricardo Salas (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

**06/05/2025** at 10:45 AM in Department 9, Elaine Lu, Presiding

Court Order

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**06/11/2025** Notice of Appearance of Counsel; Filed by: Apple, Inc. (Defendant)

**06/11/2025** Proof of Service (not Summons and Complaint); Filed by: Apple, Inc. (Defendant); As to: Ricardo Salas (Plaintiff)

**06/11/2025** Notice of Appearance of Counsel; Filed by: Apple, Inc. (Defendant)

**06/11/2025** Proof of Service (not Summons and Complaint); Filed by: Apple, Inc. (Defendant); As to: Ricardo Salas (Plaintiff)

**06/11/2025** Notice of Appearance of Counsel; Filed by: Apple, Inc. (Defendant)

**06/11/2025** Proof of Service (not Summons and Complaint); Filed by: Apple, Inc. (Defendant); As to: Ricardo Salas (Plaintiff)

**06/10/2025** Proof of Service of Summons; Filed by: Ricardo Salas (Plaintiff); As to: Apple, Inc. (Defendant); Service Date: 06/05/2025; Service Cost: 147.02; Service Cost Waived: No

**06/05/2025** Initial Status Conference scheduled for 09/05/2025 at 10:00 AM in Spring Street Courthouse at Department 9

**06/05/2025** The case is placed in special status of: Deemed Complex

**06/05/2025** The case is placed in special status of: Stay - Deemed Complex

**06/05/2025** Minute Order (Court Order)

**06/05/2025** Clerk's Certificate of Service by Electronic Notification; Filed by: Clerk

**06/05/2025** The case is removed from the special status of: Provisionally Complex ? Case Type

**06/05/2025** Initial Status Conference Order; Signed and Filed by: Clerk

**05/30/2025** Summons on Complaint; Issued and Filed by: Ricardo Salas (Plaintiff); As to: Apple, Inc. (Defendant)

**05/30/2025** Case assigned to Hon. Elaine Lu in Department 9 Spring Street Courthouse

**05/29/2025** Class Action Complaint; Filed by: Ricardo Salas (Plaintiff); As to: Apple, Inc. (Defendant)

**05/29/2025** Civil Case Cover Sheet; Filed by: Ricardo Salas (Plaintiff); As to: Apple, Inc. (Defendant)

**05/29/2025** Alternative Dispute Resolution Packet; Filed by: Clerk

**05/29/2025** Notice of Case Assignment - Unlimited Civil Case; Filed by: Clerk

**05/29/2025** The case is placed in special status of: Provisionally Complex ? Case Type

**05/29/2025** The case is placed in special status of: Class Action